1   **BOYAMIAN LAW, INC.**
    MICHAEL H. BOYAMIAN, SBN 256107
2   ARMAND R. KIZIRIAN, SBN 293992
    HEATHER M. ZERMENO, SBN
3   550 North Brand Boulevard, Suite 1500
    Glendale, California 91203
4   Telephone:   (818) 547-5300
    Facsimile:   (818) 547-5678
5   E-mail:       michael@boyamianlaw.com,
                  armand@boyamianlaw.com,
6                 heather@boyamianlaw.com

7   Attorneys for Plaintiff John Ornelas,
    Individually and On Behalf
8   of All Others Similarly Situated

9   **AKIN GUMP STRAUSS HAUER & FELD LLP**
    GREGORY W. KNOPP (SBN 237615)
10  JONATHAN S. CHRISTIE (SBN 294446)
    VICTOR A. SALCEDO (SBN 317910)
11  1999 Avenue of the Stars, Suite 600
    Los Angeles, CA 90067-6022
12  Telephone:   310.229.1000
    Facsimile:   310.229.1001
13  gknopp@akingump.com
    christiej@akingump.com
14  vsalcedo@akingump.com

15  Attorneys for Defendant
    Tapestry, Inc.
16
    (*Additional Counsel Listed on Following Page*)
17

18              **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20

21  JOHN ORNELAS, individually and on        Case No. 3:18-cv-06453-WHA
    behalf of all others similarly situated,
                                              *Assigned to the Hon. William Alsup*
22                       Plaintiffs,
                                              **CLASS ACTION**
23          v.
                                              **JOINT STATEMENT RE: TRIAL
24  TAPESTRY, INC., a Maryland                DATE AND SETTLEMENT;**
    Corporation; and DOES 1 through 25,       **[PROPOSED] ORDER**
25  inclusive,

26                       Defendants.

27

28

1

2

**LAW OFFICES OF THOMAS W. FALVEY**
THOMAS W. FALVEY, SBN 65744
550 North Brand Boulevard, Suite 1500
Glendale, California 91203
Telephone:   (818) 547-5200
Facsimile:   (818) 500-9307
E-mail         thomaswfalvey@gmail.com

Attorneys for Plaintiff John Ornelas,
Individually and On Behalf
of All Others Similarly Situated

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      Pursuant to the Court's Notice and Order Re Trial Date dated October 18, 2021,

2  Plaintiff John Ornelas ("Plaintiff") and Defendant Tapestry, Inc. ("Defendant", with

3  Plaintiff, the "Parties"), by and through their counsel of record, jointly submit this

4  statement concerning trial scheduling and the Parties' settlement.

5      On September 7, 2021, the Parties attended a settlement conference with

6  Magistrate Judge Joseph C. Spero.  The Parties reached a settlement in principle of all

7  of their claims and have now finalized their long-form settlement agreement.  *See* Dkt.

8  No. 75, Zoom Civil Minutes dated September 7, 2021 issued by Magistrate Judge

9  Spero.

10     Because this settlement involves the resolution of a certified class's claims,

11  Plaintiff shall move for Court approval of the settlement pursuant to Federal Rules of

12  Civil Procedure, Rule 23(e) once the long-form settlement agreement is executed.

13  Plaintiff anticipates filing his Motion for Preliminary Approval of Class Action

14  Settlement in the first half of November.

15     Trial in this matter is presently set to begin on December 6, 2021.  Based upon the

16  Parties' settlement and the Court's request to move the trial date, the Parties propose and

17  request that the Court vacate the trial, the final status conference, and all related

18  deadlines entirely, and instead order Plaintiff to file his Motion for Preliminary

19  Approval of Class Action Settlement by November 11, 2021 with a hearing date of

20  December 16, 2021.  Alternatively, the Parties request that the Court continue trial, the

21  final status conference, and all related deadlines for approximately ninety days to allow

22  the Motion for Preliminary Approval to be heard by the Court before the Parties expend

23  significant resources preparing for trial.

24     Finally, the Parties note that their counsel is based in Los Angeles while the Court

25  is likely to hold an in-person hearing in San Francisco for Plaintiff's forthcoming

26  Motion for Preliminary Approval of Class Action Settlement.  The Parties note that the

27  Court typically hears motions at 8:00 a.m. on the 2nd and 4th Thursday of each month.

28

If it is not burdensome for the Court, the Parties would like to request an 11:00 a.m. hearing time (or anytime later in the day), the time during which the Court ordinarily holds its Case Management Conferences.  If the Court is able to accommodate the Parties in this way, the Court will assist the Parties in minimizing costs, namely, by allowing same day travel to and from San Francisco, instead of counsel staying overnight in the city the prior evening for an 8:00 a.m. hearing.

Dated:  October 22, 2021          **BOYAMIAN LAW, INC.**
                                  **LAW OFFICES OF THOMAS W. FALVEY**

                                  By  _____*/s/ Armand R. Kizirian*_____
                                            Michael H. Boyamian
                                            Armand R. Kizirian**
                                            Thomas W. Falvey
                                     Attorneys for Plaintiff John Ornelas

Dated:  October 22, 2021          **AKIN GUMP STRAUSS HAUER &**
                                  **FELD LLP**

                                  By  _____*/s/ Jonathan S. Christie*_____
                                            Gregory W. Knopp
                                            Jonathan S. Christie
                                            Victor A. Salcedo
                                     Attorneys for Defendant Tapestry, Inc.

**Pursuant to L.R. 5–1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory above.

**[PROPOSED] ORDER**

Having considered the Parties' Joint Statement Re: Trial Date and Settlement, and good cause appearing, the Court hereby orders as follows:

(1)   The final status conference, set for December 1, 2021 at 2:00 p.m., is hereby vacated;

(2)   Trial, set to begin on December 6, 2021 at 8:00 a.m., is hereby vacated;

(3)   All trial and final status conference related filing deadlines are hereby vacated; and

(4)   Plaintiff is ordered to file his Motion for Preliminary Approval of Class Action Settlement by November 11, 2021 with a hearing date set for December 16, 2021 at 11:00 a.m., *instead of the usual motion hearing time of 8:00 a.m.*

**IT IS SO ORDERED.**

DATED: October 22, 2021

_____
THE HON. WILLIAM H. ALSUP
Judge of the Northern District of California