UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN ORNELAS,

    Plaintiff,

v.

TAPESTRY, INC.,

    Defendant.

No. C 18-06453 WHA

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVIDING FOR DISTRIBUTION OF NOTICE, AND SETTING SCHEDULE**

On November 10, plaintiff filed his motion for preliminary approval of class action settlement (Dkt. No. 79). On November 18, the Court held a hearing, stated that preliminary approval would be granted subject to some revisions to the proposed notice, as stated on the record. Counsel has submitted a revised notice, incorporating the changes discussed at the hearing.

Therefore, it is hereby ordered:

1. The motion for preliminary approval of class action settlement, modified as stated below, is **GRANTED**.
2. Simpluris, Inc., is appointed class action settlement administrator.
3. Counsel shall incorporate the below changes to the settlement schedule into the revised settlement notice. Otherwise, the notice of pendency of class action settlement, attached as Exhibit A to this order, is **APPROVED**.

4. The schedule in the joint stipulation of class action settlement and release is modified as follows:

   a. The administrator shall mail the notice to class members by first class mail by December 13, 2022.

   b. The deadline for plaintiff to file his motion for attorney's fees, litigation costs, and settlement administration costs is February 17, 2022.

   c. The deadline for class members to opt-out, object, or dispute their allocation is March 24, 2022.

   d. The deadline for plaintiff to file his motion for final approval is April 7, 2022.

   e. The Final Fairness Hearing is set for April 28, 2022 at 11:00 AM, in Courtroom 12, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: November 23, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE